JUSTIN WAYNE COLTRAIN
EMILY MOORE COLTRAIN
39 SOUTHFORK DR
PETAL, MS 39465

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

BRIDGECREST
ATTN: BANKRUPTCY
PO BOX 53087 SUITE 100
PHOENIX, AZ 85072

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CRAIG FLANAGAN
10 WRANGLER RD
HATTIESBURG, MS 39402

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

ECO SOUTH
PO BOX 91568
MOBILE, AL 36691

EXETER FINANCE LLC
PO BOX 166008
IRVING, TX 75016

FORD MOTOR CREDIT
PO BOX 790093
SAINT LOUIS, MO 63179

HANCOCK WHITNEY
POB 4019
GULFPORT, MS 39502

LVNV FUNDING
2810 SOUTHAMPTON RD
PHILADELPHIA, PA 19154

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

MERRICK BANK
ATTN: BANKRUPTCY
P.O.BOX 5000
DRAPER, UT 84020

PAT HENLEY
HENLEY, LOTTERHOS & HE
PO BOX 389
JACKSON, MS 39205

PEARL RIVER ELECTRIC
6803 US-98
HATTIESBURG, MS 39402

SHEFFIELD FINANCIAL CO
PO BOX 849
WILSON, NC 27894

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232